760 A.2d 780

ALBAN WILSON, ET AL., PLAINTIFFS–PETITIONERS,
v. AMERADA HESS CORPORATION, ET AL.,
DEFENDANTS–RESPONDENTS.

September 19, 2000.

Petition for certification is granted, limited solely to the issue of whether defendants' actions breached the implied covenant of good faith and fair dealing.